LAW LIBRARY

NO. 29774

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

ALAN D. URIE, Petitioner/Petitioner-Appellant,

vs.

ADMINISTRATIVE DIRECTOR OF THE COURTS, STATE OF HAWAI'I,
Respondent/Respondent-Appellee.

FILED 2010 AUG 16 PM 12: 13

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(JR NO. 1DAA-09-0002 (Original Case No. 08-04412))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Duffy, J., for the court[1])

Petitioner/Petitioner-Appellant Alan D. Urie's

application for writ of certiorari, filed on July 14, 2010, is

hereby rejected.

DATED:  Honolulu, Hawai'i,  August 16, 2010.

FOR THE COURT:

*James E. Duffy, Jr.*

Associate Justice



Earle A. Partington
for petitioner/petitioner-
appellant on the application

Girard D. Lau,
Deputy Attorney General,
for respondent/respondent-
appellee on the response

---

[1] Considered by:  Nakayama, Acting C.J., Acoba, Duffy, and Recktenwald, JJ. and Circuit Judge Border, in place of Moon, C.J., recused.